| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Genee Elizabeth Oliver | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Western | District of WA (State) |
| Case number | 18-40269-BDL | |

# Form 4100R
## Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NATIONAL ASSOCIATION, ET AL

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 2185 ____ ____ ____

**Property address:** 3308 S 76th St
Number    Street

Tacoma, WA 98409
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

Debtor 1  Genee Elizabeth Oliver
  First Name  Middle Name  Last Name
Case number (*if known*) 18-40269-BDL

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michelle R. Ghidotti-Gonsalves
  Signature

Date 12/24/2020

Print  Michelle R. Ghidotti-Gonsalves
  First Name  Middle Name  Last Name

Title  Authorized Agent

Company  Ghidotti Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Avenue
  Number  Street

  Santa Ana, CA 92705
  City  State  ZIP Code

Contact phone  (949) 427 - 2010

Email  bknotifications@ghidottiberger.com

Form 4100R  Response to Notice of Final Cure Payment  page **2**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

Attorney for Creditor
US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON – TACOMA DIVISION

| | |
|---|---|
| In Re:<br><br>Genee Elizabeth Oliver,<br><br>Debtors. | CASE NO.: 18-40269-BDL<br><br>CHAPTER 13<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On December 24, 2020 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Genee Elizabeth Oliver<br>3308 S 76th St<br>Tacoma, WA 98409 | **Chapter 13 Trustee**<br>Michael G. Malaier<br>2122 Commerce Street<br>Tacoma, WA 98402 |
|---|---|
| **Debtor's Counsel**<br>Kelly M Wittner<br>Kent & Wittner PS<br>PO Box 65492<br>University Place, WA 98464 | **U.S. Trustee**<br>United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101 |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on December 24, 2020 at Santa Ana, California

/*s/ Michaela S Rice*
Michaela S Rice